# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>MARCOS A. MARTINEZ<br><br>_Defendant_ | )<br>)  Case No.  17-CR- 2690 -002 RB<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   MARCOS A. MARTINEZ                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

■ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  21 U.S.C. § 846: Conspiracy;
Counts 22, 28, 29, 32: 21 U.S.C. § 843(b): Use of a Communication Facility to Further the Commission of a Drug Trafficking Crime;
Counts 16 and 23: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession With Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting;
Count 30:  21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Distribution of 500 Grams and More of a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting;
Count 34:  18 U.S.C. § 554: Smuggling Goods from the United States, and 18 U.S.C. § 2: Aiding and Abetting.

Date:  __10/03/2017__

_____
_Issuing officer's signature_

City and state:  __Albuquerque, New Mexico__   __Matthew J. Dykman, Clerk of Court__
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_