UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE GREGORY B. WORMUTH**

CRIMINAL CLERK'S MINUTES at Las Cruces

CASE NO: **CR 17-2690 RB**   DATE: **10/5/2017**   TAPE NUMBER: **LCR-SIERRA BLANCA**

CLERK: **KRISTIN SOLIS**   TYPE OF HEARING: **INITIAL PRESENTMENT**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| **MARCOS A. MARTINEZ** | **DARCY RILEY, FPD STANDING IN** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

USA by **MARTY WOELFLE,** AUSA          Interpreter: **N/A**

Pretrial Officer: **MONICA HOYLE**          Court in Session: **8:53-8:59 A.M./9:34-9:40 A.M. (6 MIN)**

☐     Agent sworn in OPEN COURT

☒     Court questions Defendant regarding his/her physical and mental conditions, DOB, education

☒     Court advises Defendant(s) of possible penalties

☒     Court advises Defendant(s) of all constitutional rights

☒     ORAL Motion for detention Hearing by Government

☒     Court grants Government's ☐ Defense ☒ oral motion to continue detention hearing

☐     Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒     Defendant(s) in custody

☐     Defendant(s) detained without bond as: Risk of Flight ☐     Danger to Community ☐

☐     Conditions of Release set at:

☒     Other: **DEFENDANT REQUESTS COURT APPOINTED COUNSEL; COURT WILL REVIEW FINANCIAL AFFIDAVIT TO DETERMINE ELIGIBILITY.   DETENTION HEARING TO BE SET.**