AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARCOS A. MARTINEZ | ) | Case No.  17-CR- 2690 -002 RB |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MARCOS A. MARTINEZ                                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

■ Indictment         □ Superseding Indictment         □ Information         □ Superseding Information         □ Complaint

□ Probation Violation Petition         □ Supervised Release Violation Petition         □ Violation Notice         □ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 846: Conspiracy;
Counts 22, 28, 29, 32: 21 U.S.C. § 843(b): Use of a Communication Facility to Further the Commission of a Drug Trafficking Crime;
Counts 16 and 23: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession With Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting;
Count 30: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Distribution of 500 Grams and More of a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting;
Count 34: 18 U.S.C. § 554: Smuggling Goods from the United States, and 18 U.S.C. § 2: Aiding and Abetting.

Date:  10/03/2017

*Issuing officer's signature*

City and state:  Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/3/2017, and the person was arrested on *(date)* 10/4/2017
at *(city and state)* LAS CRUCES, NM.

Date: 10/6/2017

*Arresting officer's signature*

Cody Price DUSM
*Printed name and title*